IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA; NATIONAL IMMIGRATION LITIGATION ALLIANCE,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Case No. 25-CV-407 (MKC) |

**JOINT STATUS REPORT AND STIPULATED ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

The parties submit this joint status report in accordance with the Stipulated Order the Court entered on February 28, 2025 (ECF No. 11).

1. Plaintiffs' Complaint is brought pursuant to the Freedom of Information Act, ("FOIA"), 5 U.S.C. § 552 et. seq.

2. Defendant's response to the Complaint is due on or before April 2, 2025.

3. The parties continue to work towards an amicable resolution of this matter.

4. On March 26, 2025, the parties discussed Defendant's document collection and processing efforts, the potentially responsive records, an initial production of records to Plaintiff, and a production schedule.

5. Defendant has represented that since the agency began processing the FOIA request, the agency has identified more than 1200 pages of potentially responsive documents.

6. Defendant has offered to make an initial production of records to Plaintiff by May 30, 2025, with monthly productions thereafter, until completion.

7. Defendant represents that it requires additional time to continue the agency's collection efforts, review the gathered records for any applicable FOIA or other exemptions to disclosure, and apply redactions as appropriate.

8. On or before June 2, 2025, the Parties shall submit to the Court a report regarding the status of Defendant's response to Plaintiff's FOIA request and an updated production schedule.

9. Rather than have Defendant respond to the Complaint while Defendant continues to process the FOIA request, or have the parties expend their efforts briefing the propriety of an "*Open America*" stay of FOIA proceedings under 5 U.S.C. § 552(a)(6)(C), the parties desire to extend the response deadline while Defendant processes the FOIA request.

10. Therefore, it is hereby stipulated, by and between the Parties, that Defendants' time to respond to the Complaint is held in abeyance while Defendants continue to process Plaintiff's FOIA request.

RESPECTFULLY SUBMITTED:


DAVID METCALF
Acting United States Attorney

| | |
|---|---|
| /s/ Alanna N. Pawlowski | /s/ Vanessa Stine |
| ALANNA N. PAWLOWSKI | VANESSA STINE |
| STACEY L. B. SMITH | ACLU of Pennsylvania |
| Assistant United States Attorneys | P.O. Box 60173 |
| 615 Chestnut Street, Suite 1250 | Philadelphia, PA 19102 |
| Philadelphia, PA 19106 | Vstine@aclupa.org |
| (215) 861-8651 | |
| Alanna.Pawlowski@usdoj.gov | /s/ Kristin Macleod-Ball |
| Stacey.Smith@usdoj.gov | KRISTIN MACLEOD-BALL |
| | TOMAS ARANGO |
| *Counsel for Defendant* | National Immigration Litigation Alliance |
| | 10 Griggs Terrace |
| | Brookline, MA 02446 |
| | Kristin@immigrationlitigation.org |
| | |
| | *Counsel for Plaintiff* |


Dated: April 2, 2025


SO APPROVED ON _____:


_____
HONORABLE MARY K. COSTELLO
*Judge, United States District Court*