IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA; NATIONAL IMMIGRATION LITIGATION ALLIANCE,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Case No. 25-CV-407 (MKC) |

**JOINT STATUS REPORT**

The parties submit this joint status report in accordance with the Stipulated Order the Court entered on April 7, 2025 (ECF No. 13).

1. Plaintiffs' Complaint is brought pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 et. seq.

2. Defendant's response date is currently held in abeyance while Defendant continues to process Plaintiff's FOIA request.

3. The parties continue to work towards an amicable resolution of this matter.

4. On March 26, 2025, the parties discussed Defendant's document collection and processing efforts, the potentially responsive records, an initial production of records to Plaintiff, and a production schedule.

5. Defendant represented that since the agency began processing the FOIA request, the agency has identified more than 1200 pages of potentially responsive documents.

6. Defendant offered to make an initial production of records to Plaintiff by May 30, 2025, with monthly productions thereafter, until completion.

7. To date, Defendant has made productions to Plaintiff on May 1, 2025, and on May 30, 2025.

8. Defendant represents that it requires additional time to continue the agency's processing of records, which includes the review of gathered records for any applicable FOIA or other exemptions to disclosure, and application of redactions as appropriate.

9. Defendant anticipates that no more than two productions will be needed; however, on or before July 14, 2025, the Parties shall submit to the Court a report regarding the status of Defendant's response to Plaintiff's FOIA request and any further action needed in this matter.

RESPECTFULLY SUBMITTED:

DAVID METCALF
Acting United States Attorney

/s/ Alanna N. Pawlowski
ALANNA N. PAWLOWSKI
STACEY L. B. SMITH
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8651
Alanna.Pawlowski@usdoj.gov
Stacey.Smith@usdoj.gov

*Counsel for Defendant*

/s/ Keith Armstrong
KEITH ARMSTRONG
ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
Karmstrong@aclupa.org

/s/ Kristin Macleod-Ball
KRISTIN MACLEOD-BALL
TOMAS ARANGO
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
Kristin@immigrationlitigation.org

*Counsel for Plaintiffs*

Dated:  June 2, 2025


SO APPROVED ON _____:


_____
HONORABLE MARY K. COSTELLO
*Judge, United States District Court*