**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA; NATIONAL
IMMIGRATION LITIGATION ALLIANCE,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

*Defendant*.

Case No. 25-CV-407 (MKC)

**JOINT STATUS REPORT**

The parties submit this joint status report in accordance with the Stipulated Order the

Court entered on April 7, 2026 (ECF No. 33).

1.  Plaintiffs' Complaint is brought pursuant to the Freedom of Information Act (FOIA),

    5 U.S.C. § 552 et. seq.

2.  Defendant's response date is currently held in abeyance while Defendant continues to

    process Plaintiffs' FOIA request and the parties continue to work towards an

    amicable resolution of this matter.

3.  On June 24, 2025, Defendant made its third and final production of documents

    responsive to Plaintiffs' FOIA request.

4.  On August 8, 2025, the Parties submitted a joint status report (ECF No. 21) stating

    Defendant would be conducting a supplemental search and producing any responsive,

    non-FOIA exempt records not previously produced to Plaintiffs in monthly

    productions, with the first production to occur by September 30, 2025.

5. Defendant made supplemental productions to Plaintiffs on September 26, 2025 and December 22, 2025. Defendant represented that the supplemental search and production was affected by furloughs caused by the 43-day lapse in appropriations that ended November 12, 2025.

6. On January 5, 2026, the Parties submitted a joint status report (ECF No. 27) stating Plaintiffs raised additional questions following the supplemental productions, which Defendant stated it would investigate.

7. On February 4, 2026, the parties submitted a joint status report (ECF No. 29) stating Defendant's investigation of Plaintiffs' questions and an additional supplemental search was ongoing.

8. On March 9, 2026 and April 2, 2026, the parties submitted joint status reports (ECF Nos. 30 and 32) stating that Defendant represented that, due to furloughs of FOIA-related staff resulting from the lapse in appropriations to the U.S. Department of Homeland Security (DHS), it had not completed the supplemental search and processing of any resulting records and that it required additional time.

9. On April 20, 2026, Defendant informed Plaintiffs that updated DHS guidance permitted Defendant's FOIA office to resume operations, despite the ongoing partial shutdown of DHS, contingent upon the ongoing availability of certain excess funds. Defendant further represented that processing of the additional supplemental search had resumed but that the lapse in appropriations and resulting furloughs had caused an approximately 60-day backlog of FOIA matters that may affect Defendant's processing.

10. On April 21, 2026, the parties conferred, and counsel for Defendant agreed to inquire as to any estimated processing time for the supplemental search and as to the position of Plaintiffs' request in the backlog of FOIA matters.

11. The parties propose to submit a next status report to the Court on May 12, 2026, regarding the status of Defendant's response to Plaintiffs' FOIA request and any further action needed in this matter.

RESPECTFULLY SUBMITTED:

DAVID METCALF
United States Attorney

/s/ Alanna N. Pawlowski
ALANNA N. PAWLOWSKI
STACEY L. B. SMITH
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8651
Alanna.Pawlowski@usdoj.gov
Stacey.Smith@usdoj.gov

*Counsel for Defendant*

/s/ Keith Armstrong
KEITH ARMSTRONG
ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
Karmstrong@aclupa.org

/s/ Kristin Macleod-Ball
KRISTIN MACLEOD-BALL
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
Kristin@immigrationlitigation.org

*Counsel for Plaintiffs*

Dated: April 21, 2026

SO APPROVED ON ___April 23, 2026___ :

_____
HONORABLE MARY K. COSTELLO
*Judge, United States District Court*

3