**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA; NATIONAL IMMIGRATION LITIGATION ALLIANCE,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant*.

Case No. 25-CV-407 (MKC)

**JOINT STATUS REPORT**

The parties submit this joint status report in accordance the Stipulated Order the Court entered on August 21, 2026 (ECF No. 41).

1. Plaintiffs' Complaint is brought pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 et. seq.
2. Defendant's response date is currently held in abeyance while Defendant continues to process Plaintiffs' FOIA request and the parties continue to work towards an amicable resolution of this matter.
3. On June 24, 2025, Defendant made its third and final production of documents responsive to Plaintiffs' FOIA request.
4. On August 8, 2025, the Parties submitted a joint status report (ECF No. 21) stating Defendant would be conducting a supplemental search and producing any responsive, non-FOIA exempt records not previously produced to Plaintiffs in monthly productions, with the first production to occur by September 30, 2025.

5. Defendant made supplemental productions to Plaintiffs on September 26, 2025 and December 22, 2025. Defendant represented that the processing was affected by furloughs due to the 43-day lapse in appropriations that ended November 12, 2025.

6. On January 5, 2026, the Parties submitted a joint status report (ECF No. 27) stating Plaintiffs raised additional questions following the supplemental productions, which Defendant stated it would investigate.

7. On February 4, 2026, the parties submitted a joint status report (ECF No. 29) stating Defendant's investigation of Plaintiffs' questions and an additional supplemental search was ongoing. The parties submitted additional status reports on March 9, April 3, April 21, and May 12, 2026.

8. On May 12, 2026, the parties conferred, and counsel for Defendant represented that the agency had conducted three supplemental searches, resulting in the identification of potentially responsive records. On June 9, 2026, Defendant made a final production of responsive, non-FOIA-exempt records from the supplemental searches.

9. On June 12, 2026, the parties submitted a joint status report stating Defendant expected the processing and production of any responsive, non-FOIA-exempt records previously referred to a separate DHS FOIA office to be complete by June 30, 2026. On June 29, 2026, Defendant released all responsive, non-FOIA-exempt records that had been referred to DHS.

10. On July 27, 2026, the parties submitted a joint status report stating that Plaintiff represented it would not challenge the adequacy of Defendant's search if Defendant conducted an additional supplemental search as agreed upon by the parties.

11. On August 25, 2026, the parties conferred regarding an additional supplemental search, which Defendant agreed to conduct.
12. On September 3, 2026, Defendant represented to Plaintiffs that, as of that date, the agency had received and uploaded approximately 900 pages of potentially responsive records for review from the additional supplemental search, but that it was still in the process of uploading files from the search and identifying the total number of potentially responsive records for review.
13. Defendant anticipates making an initial production of any responsive, non-FOIA-exempt records from the additional supplemental search on or before October 15, 2026, with monthly productions thereafter as needed to complete the production.
14. The parties propose to submit a next status report to the Court on October 6, 2026, regarding the status of Defendant's response to Plaintiffs' FOIA request and any further action needed in this matter.

RESPECTFULLY SUBMITTED:

DAVID METCALF
United States Attorney

*/s/ Alanna N. Pawlowski*
ALANNA N. PAWLOWSKI
STACEY L. B. SMITH
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8651
Alanna.Pawlowski@usdoj.gov
Stacey.Smith@usdoj.gov

*Counsel for Defendant*

*/s/ Keith Armstrong*
KEITH ARMSTRONG
ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
Karmstrong@aclupa.org

*/s/ Kristin Macleod-Ball*
KRISTIN MACLEOD-BALL
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
Kristin@immigrationlitigation.org

*Counsel for Plaintiffs*

Dated: September 4, 2026

SO APPROVED ON September 9, 2026 :

HONORABLE MARY KAY COSTELLO
*Judge, United States District Court*